## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



FILED

018 FEB 28 P 1: 43

DISTRICT COURT
HARTFORD CT

Steven Perdikakis
               Plaintiff,

v.

Assa Abloy
               Defendant(s).

Case No. 3.18CV 358 VAB
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.  Plaintiff resides at the following location: 470 Willard Ave , APT A-2,

Newington, CT, 06111

2.  Defendant(s) reside(s) at the following location [Attach additional sheets if more

space is required]: 225 Episcopal Road, Berlin, CT 06037

3.  This action is brought pursuant to [Check all spaces that apply to the type of

claim(s) you wish to assert against the Defendant(s)]:

☐    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
seq., for employment discrimination on the basis of race, color, religion, sex, or
national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☒    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
et seq., for employment discrimination based upon age.  Jurisdiction is alleged
pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is
sought under 29 U.S.C. §§ 626(b) and (c) or   §§ 633a(b) and (c).

    My Year of Birth is: 05/17/1952

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☒ Failure to hire me. I was refused a job on the following date(s): ____ 11/30/2016
_____.

(B) ☐ Termination of my employment. I was terminated from my

employment on the following date: _____.

(C) ☐ Failure to promote me. I was refused a promotion on the following

date(s): _____.

(D) ☐ Other acts as specified below: _____

_____

_____

_____

_____

_____

5.      The conduct of the Defendant(s) was discriminatory because it was based upon: race [ ], color [ ], religion [ ], sex [ ], age [X], national origin [ ] or disability [ ].  [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: I have previously been employed with predecessor Emhart Industries 1979-1981 and

remain qualified as a machine operator and CNC setup equipment /operator.

6.      The facts surrounding my claim of employment discrimination are as follows

[Attach additional sheets, if necessary]:

After applying to the company on two separate occasions while clearly outlining my experience the

I was never called in for a job interview.

The Respondent provided no contrary statements if age was indeed the reason why I

was not being hired after I repeatedly requested information. Considering that I used to work with the

company's predecessor, Emhart Industries as a machine operator and also shipping and receiving it's my

belief that I should have been hired due to my history and experience.

7.      The approximate number of persons who are employed by the Defendant

employer I am suing is: 20 .

8.      The alleged discrimination occurred on or about the following date(s) or time period: 11/30/2016 .

9.     I filed charges with the:

☒     Equal Employment Opportunity Commission

☒     Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue

letter **(copy attached)**, which I received on or about the following date: 12/22/2017 .

**[NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of

the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so

may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe

that discrimination occurred. My reasons for questioning that determination are as

follows [Attach additional sheets, if necessary]: _____

The Respondent provided no contrary statements if age was indeed the reason why I

was not hired. I disagree with the decision because of my experience working with Emhart Industries from

1971-1981. As an employee I had an immaculate working record.

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s)

referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be

deemed appropriate, including **[NOTE:** While all of the forms of relief listed below may

not be available in a particular action, you should place a check next to each form of

relief you seek.):

☐     Injunctive orders (specify the type of injunctive relief sought): _____

_____ ;

☐     Backpay;

4

☐  Reinstatement to my former position;

☒  Monetary damages (specify the type(s) of monetary damages sought): __

The value of what could have been my salary for the past two years. _____ ;

☐  Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): To _____

_____ ;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☒    DO NOT ☐  demand a trial by jury.

_____     _____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_Steven V. Perdikakis_

Printed Name and address    Printed Name and address

STEVEN V. PERDIKAKIS

470 WILLARD AVE, A-2
NEWINGTON CT. 06111

( )    (860) 216-8462
Attorney's telephone    Plaintiff's telephone

StevenVPerdikakis@gmail.com

Email address if available    Email address if available

Dated: 2/24/2018 _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____*HARTFORD*_____ on _____*2-28-18*_____
          (location)                   (date)

**Plaintiff's Original Signature**

(Rev. 3/23/16)

6